Same case below, 417 Fed. Appx. 895.

**No. 10-11136. Fernando Perales-Carrizales, aka Jorge Alberto Mata-Gonzalez, Petitioner v. United States.**

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6566.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 355.

**No. 10-11138. Gerardo Lopez, Petitioner v. Larry Small, Warden.**

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6448.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 419 Fed. Appx. 717.

**No. 10-11139. Ryan Christopher Lynn, Petitioner v. United States.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6508.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 636 F.3d 1127.

**No. 10-11140. Christian Ellis Johnson, Petitioner v. Blaine Lafler, Warden.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6402.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-11141. Robert Earl James, Petitioner v. California.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 7137.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

Same case below, 191 Cal. App. 4th 478, 119 Cal. Rptr. 3d 362.

**No. 10-11142. Maurece Kavel, Petitioner v. Lupe Marshall, Warden.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6956,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 418 Fed. Appx. 687.

**No. 10-11144. Roderick Deon Carpenter, Petitioner v. Texas.**

565 U.S. 869, 132 S. Ct. 220, 181 L. Ed. 2d 121, 2011 U.S. LEXIS 6468.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.